1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10
11
12
13
14
15

JAMES CAPADONA,                          )   No. CV 09-794 FFM
                                         )
                  Petitioner,            )   ORDER TO SHOW CAUSE
         v.                              )
                                         )
LINDA SANDERS,                           )
                                         )
                  Respondent.            )
                                         )
                                         )

16      On February 2, 2009, petitioner filed a Petition for Writ of Habeas Corpus
17 Pursuant to 28 U.S.C. § 2241.  With his petition, petitioner is challenging an October
18 27, 2008 decision by the Federal Bureau of Prisons to deny petitioner's request for
19 placement in a halfway house pursuant to the Second Chance Act of 2007.
20      On March 5, 2009, respondent filed a motion to dismiss the petition for lack of
21 subject matter jurisdiction and failure to exhaust administrative remedies.
22      On March 11, 2009, the parties consented pursuant to 28 U.S.C. § 636(c) to the
23 jurisdiction of the undersigned United States Magistrate Judge to conduct all
24 proceedings in this case, including dispositive matters, and entry of final judgment.
25 On April 9, 2009, petitioner filed a response to the motion to dismiss.  On October 2,
26 2009, petitioner was released from custody.
27 / / /
28 / / /

1    Given petitioner's release, it may be that the instant petition is moot.  Pursuant

2  to Article III, § 2 of the United States Constitution, a habeas corpus petition becomes

3  moot if it no longer presents a live case or controversy.  *Spence v. Kemna*, 523 U.S. 1,

4  7, 118 S. Ct. 978, 140 L. Ed. 2d 43 (1998).  Here, the petition seeks immediate

5  placement in a halfway house.  If petitioner already has obtained the relief he sought

6  through his release, the petition has become moot and must be dismissed.

7    Therefore, petitioner is ordered to show cause within 20 days of the date of this

8  order why the petition should not be dismissed as moot.  The response to the order to

9  show cause must explain whether and how the Court can provide petitioner with the

10  relief requested in the petition.  A failure by petitioner to file a timely response to this

11  order to show cause will be construed as consent to the dismissal of this action.

12    IT IS SO ORDERED.

13

14  DATED:   October 13, 2010

15

16                         /S/ FREDERICK F. MUMM
                          FREDERICK F. MUMM
17                       United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28