UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES CAPADONA, | ) | No. CV 09-794 FFM |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| LINDA SANDERS, | ) ) | |
| Respondent. | ) ) | |
| | ) | |

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:   November 10, 2010

　　　　　　　　　　　　　　　　　　  /S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge